J. Dino Vasquez, SBN 146725
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Fax: 206-682-7100
Email: dvasquez@karrtuttle.com
*Attorneys for Defendant*
*Providence Health Plan*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS W. & JENNIFER W., <br><br> Plaintiffs, <br><br> v. <br><br> PROVIDENCE HEALTH PLAN; BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS; and DOES 1 though 10, <br><br> Defendants. | Case No. 3:20-cv-04491 <br><br> **DEFENDANT PROVIDENCE HEALTH PLAN'S CERTIFICATION OF INTERESTED PARTIES** |

## CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record for Defendant Providence Health Plan certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Providence Health & Services – Oregon, an Oregon non-profit corporation, is the parent company of Providence Health Plan.

CERTIFICATION OF INTERESTED PARTIES - 1
Case No. 3:20-cv-04491

#1333239 v1 / 42700-047

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

2. Providence Health & Services, a Washington non-profit corporation, which is the parent company of Providence Health & Services – Oregon.

3. Providence St. Joseph Health, a Washington non-profit corporation, which is the parent company of Providence Health & Services.

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Providence Health Plan is a subsidiary of Providence Health & Services – Oregon which is controlled by Providence Health & Services, a Washington non-profit corporation which is controlled by Providence St. Joseph Health, a Washington non-profit corporation.

DATED this 11th day of August, 2020.

*/s/ J. Dino Vasquez*
J. Dino Vasquez, SBN 146725
**Karr Tuttle Campbell**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: dvasquez@karrtuttle.com

*Attorneys for Defendant Providence Health Plan*

CERTIFICATION OF INTERESTED PARTIES - 2
Case No. 3:20-cv-04491

#1333239 v1 / 42700-047

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2020, the foregoing document was electronically filed with the United States District Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/Jan Likit*
Jan Likit
Legal Assistant
jlikit@karrtuttle.com

CERTIFICATION OF INTERESTED PARTIES - 3
Case No. 3:20-cv-04491

#1333239 v1 / 42700-047

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100