David M. Lilienstein, SBN 218923 (*pro hac vice*)
david@dllawgroup.com
Katie J. Spielman, SBN 252209 (*pro hac vice*)
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
**Megan E. Glor, Attorneys at Law, PC**
621 SW Morrison, Suite 900
Portland, OR  97205
Telephone: (503) 223-7400
Fax: (503) 227-2530

Attorneys for Plaintiffs,
CHRIS W. & JENNIFER W.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| CHRIS W. & JENNIFER W.<br><br>        Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH PLAN;  STATE OF OREGON PUBLIC EMPLOYEES BENEFIT BOARD PLAN; THE INTEL CORPORATION HEALTH AND WELFARE BENEFIT PLAN; BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS; and DOES 1 through 10,<br><br>        Defendants. | Case No. 3:22-cv-00428-HZ<br><br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT** |

## CERTIFICATION PURSUANT TO LR 7-1

The undersigned, David M. Lilienstein, hereby certifies that he telephonically conferred with Nancy Pridgen, counsel for Defendants the Intel Corporation Health and Welfare Benefit Plan ("Anthem Plan") and Blue Cross of California dba Anthem Blue Cross ("Anthem") and Medora Marisseau, counsel for Defendant Providence Health Plan ("PHP") regarding this Motion and that Ms. Pridgen and Ms. Marisseau advised that neither the Anthem Plan, Anthem, nor PHP opposes Plaintiff's Motion.

## RELIEF REQUESTED

Through their counsel, Plaintiffs Chris W. and Jennifer W. hereby move pursuant to Fed. R. Civ. Pro. 15(a)(2) for an Order granting them leave to file the proposed Third Amended Complaint, attached to this Motion as Exhibit A.

## STIPULATION

**WHEREAS** on August 25, 2022, Plaintiffs filed their Second Amended Complaint ("SAC"). (Dkt. No. 77.); and

**WHEREAS** on page 11, paragraph 76, Plaintiffs made the following typographical error:

76.     In the absence of a reasonable basis for doing so, and with full knowledge and/or conscious disregard of the consequences, Providence failed and refused to provide Plaintiffs the benefits promised under the Policy, under the laws of **California**.; and

**WHEREAS** the sentence should read:

76.     In the absence of a reasonable basis for doing so, and with full knowledge and/or conscious disregard of the consequences, Providence failed and refused to provide Plaintiffs the benefits promised under the Policy, under the laws of **Oregon**.; and

**WHEREAS** also on page 11, paragraph 90, Plaintiffs made the additional typographical error:

90.     Failing to consider the requirements of **the California Mental Health Parity Act, as well as** the Mental Health Parity and Addictions Equity Act of 2008 ("MHPAEA"), which alone provided a basis for overturning Providence's claim denial(s) at issue herein; and

**WHEREAS** the sentence should read:

90.     Failing to consider the requirements of the Mental Health Parity and Addictions Equity Act of 2008 ("MHPAEA"), which alone provided a basis for overturning Providence's claim denial(s) at issue herein; and

**WHEREAS** Plaintiffs seek to file their Third Amended Complaint which only corrects the above typographical errors; and

**WHEREAS** Plaintiffs have telephonically met and conferred pursuant to LR 7-1 with Defendants; and

**WHEREAS** the Parties agree and stipulate that good cause exists to grant Plaintiffs' leave to file the proposed Third Amended Complaint because it will avoid confusion, and unnecessary use of attorney and judicial resources; and

**WHEREAS** a copy of Plaintiffs' proposed Third Amended Complaint is attached hereto as Exhibit A; and

**IT IS HEREBY STIPULATED**, by and between the Parties, by and through their respective counsel, that:

1.  Plaintiffs should be granted leave to amend to file their Third Amended Complaint, a copy of which is attached hereto as Exhibit A.

2.  Defendants' responsive pleading shall be due thirty (30) days after the Third Amended Complaint is filed.

Dated: October 12, 2022                         Respectfully submitted,
                                                **DL LAW GROUP**


                                                By: s/ David M. Lilienstein
                                                 David M. Lilienstein
                                                 Katie J. Spielman

                                                **Megan E. Glor, Attorneys at Law, PC**


Dated: October 12, 2022                         s/ Megan E. Glor
                                                Megan E. Glor, OSB No. 930178
                                                Megan E. Glor, Attorneys at Law
                                                Telephone: (503) 223-7400

                                                Attorneys for Plaintiffs, Chris W. and Jennifer


Dated:  October 12, 2022                         **PRIDGEN BASSETT LAW**



                                                By: s/ Nancy B. Pridgen
                                                Nancy B. Pridgen
                                                Attorneys for Defendants, Anthem Blue Cross of California
                                                dba Anthem Blue Cross, and Intel Corp. Health Plan


Dated:  October 12, 2022                         **KARR TUTTLE CAMPBELL**



                                                By: s/ Medora A. Marisseau
                                                Medora A. Marisseau
                                                Attorneys for Defendant Providence Health Plan



Pursuant to Stipulation, **IT IS SO ORDERED.**



Dated: _____                    _____
                                                 Hon. Marco A. Hernandez



**STIPULATION AND [PROPOSED] ORDER ALLOWING
PLAINTIFF TO FILE THIRD AMENDED COMPLAINT**