| | |
|---|---|
| | The Honorable Marco A. Hernandez |

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| CHRIS W. and JENNIFER W., | CASE NO. 3:22-cv-00428-HZ |
| Plaintiffs, | |
| v. | DEFENDANT PROVIDENCE HEALTH PLAN'S UNOPPOSED MOTION TO RESPOND TO THIRD AMENDED COMPLAINT |
| PROVIDENCE HEALTH PLAN; STATE OF OREGON PUBLIC EMPLOYEES BENEFIT BOARD PLAN; THE INTEL CORPORATION HEALTH AND WELFARE BENEFIT PLAN; BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS; and DOES 1 through 10, | |
| Defendants. | |

Counsel for Defendant Providence Health Plan ("PHP") and Counsel for Plaintiffs conferred regarding PHP's intent to file a Motion to Dismiss Plaintiffs' Third Amended Complaint. Subsequently, Counsel for Plaintiffs have agreed to amend certain allegations in their complaint with respect to PHP. Plaintiffs' Counsel had anticipated filing a stipulation for the amended complaint prior to the deadline for PHP to respond to the Third Amended Complaint. However, due to medical reasons, Plaintiffs' Counsel is unable to file this stipulation prior to that deadline.

DEFENDANT PROVIDENCE HEALTH PLAN'S
UNOPPOSED MOTION TO TO RESPOND TO AMENDED
COMPLAINT - 1
Case No. 3:22-cv-00428-HZ
#5280468 v2 / 42700-047

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Plaintiffs' Counsel has been advised of the above and does not oppose this motion. Plaintiffs' Counsel has advised that they plan to file an amendment to Third Amended Complaint next week.

Dated this 18th day of November, 2022.

*s/Medora Marisseau*
Medora A. Marisseau, OSBA #923838
Karr Tuttle Campbell
701 5th Ave., Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: mmarisseau@karrtuttle.com
*Attorney for Defendants*

DEFENDANT PROVIDENCE HEALTH PLAN'S
UNOPPOSED MOTION TO TO RESPOND TO AMENDED
COMPLAINT - 2
Case No. 3:22-cv-00428-HZ
#5280468 v2 / 42700-047

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**CERTIFICATE OF SERVICE**

I, Luci Brock, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98101. On this day, I caused a true and correct copy of the foregoing document to be filed with the Court electronically. I caused the same to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| David M. Lilienstein, *pro hac vice*<br>Katie Joy Spielman, *pro hac vice*<br>DL Law Group<br>345 Franklin Street<br>San Francisco, CA 94102<br>415-678-5050<br>Email: david@dllawgroup.com<br>            katie@dllawgroup.com<br>*Attorney for Plaintiffs* | ☒ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| Megan E. Glor<br>Megan E. Glor, Attorney at Law PC<br>707 NE Knott Street<br>Suite 101<br>Portland, OR 97212<br>503-223-7400<br>Fax: 503-751-2017<br>Email: megan@meganglor.com<br>*Attorney for Plaintiffs* | ☒ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| Mark A. Crabtree<br>Jackson Lewis PC<br>200 SW Market Street, Suite 540<br>Portland, OR 97201<br>503-229-0404<br>Fax: 503-229-0405<br>Email: mark.crabtree@jacksonlewis.com<br>*Attorneys for Defendant Blue Cross of California, dba Anthem Blue Cross* | ☒ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

DEFENDANT PROVIDENCE HEALTH PLAN'S UNOPPOSED MOTION TO TO RESPOND TO AMENDED COMPLAINT - 3
Case No. 3:22-cv-00428-HZ
#5280468 v2 / 42700-047

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | |
|---|---|
| Nancy B. Pridgen<br>Pridgen Bassett Law, LLC<br>138 Bulloch Ave.<br>Roswell, GA 30075<br>404-551-5884<br>Fax: 678-812-3654<br>Email: nancy@pridgenbassett.com<br>*Attorneys for Defendant Blue Cross of California, dba Anthem Blue Cross* | ☒ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Executed on this 18th day of November, 2022, at Seattle, Washington.

*s/Luci Brock*
Luci Brock
Litigation Legal Assistant

DEFENDANT PROVIDENCE HEALTH PLAN'S
UNOPPOSED MOTION TO TO RESPOND TO AMENDED
COMPLAINT - 4
Case No. 3:22-cv-00428-HZ
#5280468 v2 / 42700-047

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100