# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 3:22-CV-00428-HZ

Plaintiff: **Chris W. & Jennifer W.**
vs.
Defendant: **Providence Health Plan; State of Oregon Public Employees Benefit Board Plan; The Intel Corporation Health and Welfare Benefit Plan; Blue Cross of California dba Anthem blue Cross; and Does 1 through 10,**

Received by RUSH PROCESS SERVICE, INC. to be served on **Public Employees Benefit Board, 500 Summer Street, Salem, OR 97301.**

I, Mitchell Garcia, being duly sworn, depose and say that on the **26th day of January, 2023** at **3:06 pm, I:**

Served Public Employees Benefit Board by serving a true copy of the **Summons in a Civil Action, and Plaintiffs Chris W. and Jennifer W.'s Third Amended Complaint for Breach of the Employee Retirement Income Security Act of 1974 (ERISA); Enforcement and Clarification of Rights; Prejudgment and Postjudgment Interest; breach of the Covenant of Good Faith and Fair Dealing; Attorney's Fees and costs; Jury Trial Demand, to Maria Villa, Public Service Rep. 3** at 500 Summer Street, Salem, OR 97301

**Certification of Mailing:** On 01/27/2023 a copy of the above referenced document(s) was mailed by regular U.S. Postal Service mail, first class, postage prepaid, to **500 Summer Street, Salem, OR 97301**. If mailed by other than server: X _____

**Additional Information pertaining to this Service:**
Also mailed a copy of the documents to DOJ 1162 Court Street, Salem, OR

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 30 day of January, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

OFFICIAL STAMP
CHRISTOPHER JOHN PFEIFFER
NOTARY PUBLIC - OREGON
COMMISSION NO. 1023950
MY COMMISSION EXPIRES MAY 16, 2026

**Mitchell Garcia**
Process Server
1/30/23
**Date**

RUSH PROCESS SERVICE, INC.
2014 N.E. Sandy Blvd., Suite 204
Portland, OR 97232
(503) 232-3667

Our Job Serial Number: SKS-2023000908